```
 1  ALEXANDER G. CALFO (SBN 152891)
      ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
      KOlah@yukelaw.com
 3  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 4  Los Angeles, CA 90071-1560
    Telephone:  (213) 362-7777
 5  Facsimile:  (213) 362-7788

 6  Attorneys for Defendant
    DEPUY ORTHOPAEDICS, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BRAUN,<br><br>    Plaintiff,<br><br>vs.<br><br>DePUY, INC., DePUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON,<br><br>    Defendants. | CASE NO. CV10-07195-AHM (Ex)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION AND PROTECTIVE ORDER<br><br>Trial Date: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After consideration of the Parties' Stipulation, and finding good cause has been shown, the Court hereby adopts the Stipulation as its Order.

DATED: 10/21, 2011

By: _/s/_
Hon. ~~A. Howard Matz~~ Charles F. Eick
United States ~~District Judge~~
Magistrate Judge